UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.

DIONISIO ROSASIO MEDINA, et al.

CASE NUMBER: CIVIL 98-2296 (RLA)

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 7/16/02    Docket # 21<br>[X] **Plffs**    [ ] **Defts**<br>[ ] **Other**<br><br>**Title:** Motion For Withdrawal of Funds | GRANTED. The Clerk of the Court shall issue a check in the amount of $43,393.49 payable to the U.S. DEPARTMENT OF JUSTICE. A check for the remaining funds shall be issued in the name of DIONISIO ROSARIO MEDINA and mailed to defendant at his address of record:<br><br>URB. LOS RODRIGUEZ #A-11, CAMUY, P.R. |

August 8, 2002
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:         EOD:

By:           # 22